UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jefferson Freeman,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>Alliance Health Networks, Inc. and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:14-cv-07255-JAK-FFM<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE**<br><br>**JS-6** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: March 12, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

ORDER